No. 2,670.—STATE EX REL. NICHOLAS HUGHES, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

ORIGINAL application for writ of prohibition against the District Court of Yellowstone County, and Sidney Fox, Judge thereof.

Decided February 6, 1909.

PER CURIAM.—This cause having been set for hearing this day, respondents appearing by counsel and assenting to the issuance of the writ prayed for, it is ordered that a peremptory writ of prohibition issue at the cost of respondents.

*Mr. J. E. Healy,* for Relator.

*Mr. Chas. A. Taylor,* for Respondents.

---

No. 2,683.—C. P. TOOLEY, RESPONDENT, *v.* JACOB ELSTOM, EXECUTOR, APPELLANT.

*Appeal from District Court, Meagher County; E. K. Cheadle, Judge.*

On motion to dismiss appeal.

Decided February 25, 1909.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with motion of respondent on file herein.

*Mr. N. B. Smith,* and *Mr. E. P. Heywood,* for Appellant.

*Mr. E. M. Hall,* and *Mr. W. L. Ford,* for Respondent.